UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY, | No. 2:13-cv-0814 AC P |
| Petitioner, | |
| v. | ORDER |
| RICK HILL, Warden, | |
| Respondents. | |

Petitioner seeks habeas corpus relief pursuant to 28 U.S.C. § 2254. On July 12, 2013, respondent moved to dismiss this action as premature because direct review was still pending in the state court. On July 19, 2013, petitioner opposed the motion. On July 25, 2013, respondent withdrew the pending motion to dismiss on the ground that on July 24, 2013, the California Supreme Court has denied a petition for review presented on petitioner's behalf and petitioner's direct appeal is no longer pending in the California Supreme Court. See ECF No. 16. Respondent requests the court to set a briefing schedule allowing respondent 30 days to file a responsive pleading. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Having withdrawn the pending motion to dismiss, respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

1

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: July 29, 2013

/s/ Allison Claire
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

bazl.0814.100(2)